```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                     JACKSONVILLE DIVISION
```

NATALYN WHITE,

                Plaintiff,

v.                                   Case No.   3:06-cv-469-J-33MCR

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

                Defendant.
_____/

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 14), filed August 6, 2007, recommending that the Commissioner's decision be affirmed.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v.

Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  The Report and Recommendation is hereby **accepted** and the Commissioner's decision is hereby **AFFIRMED.**

2.  The Clerk shall enter judgment affirming the decision of the Commissioner, terminate any previously scheduled deadlines and pending motions, and close the case.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 5th day of September 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record